FULTON NATIONAL BANK OF ATLANTA *v.* MOODY.

BECK, Presiding Justice. After careful consideration of the record in this case and the decision made by the Court of Appeals, we are of the opinion that that court did not err in affirming the judgment of the court below.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Bell, J., who dissent, and Gilbert, J., disqualified.*

No. 10868. JANUARY 17, 1936.

*Harold Hirsch, Marion Smith,* and *A. S. Clay,* for plaintiff in error.
*Spalding, MacDougald, Sibley & Brock,* contra.